■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAMON BONNEMERE, Appellant. [16 NYS3d 723]—

Judgment of resentence, Supreme Court, New York County (Charles H. Solomon, J.), rendered May 29, 2012, resentencing defendant to an aggregate term of 22 years, with five years' postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*People v Lingle*, 16 NY3d 621 [2011]; *see also People v Brinson*, 21 NY3d 490 [2013]). Concur—Friedman, J.P., Andrias, Saxe, Gische and Kapnick, JJ.